# Exhibit "C"

Page 1
Overdrive - Song by V$ ASAD - Apple Music
https://music.apple.com/us/album/overdrive/1664570183?i=1664570184music.apple.com



## Overdrive - Single 🅴

### V$ ASAD

HIP-HOP/RAP · 2023

▶ Preview                                                                    ···

| 1  Overdrive 🅴 | 3:48  ··· |
| --- | --- |

January 20, 2023
1 Song, 3 minutes
℗ 2023 V$ record$ LLC.

Also available in the iTunes Store ↗

## Other Versions



Overdrive - Single
1 Song

## More By V$ ASAD








| The World Is Yours (feat. V$ ASAD) – Single | Fasho (feat. V$ ASAD) - Single | Back In That Mode – Single (feat. V$ ASAD) – Single | Godly - Single | Overlooked – EP | Switch It up EP |
| --- | --- | --- | --- | --- | --- |
| 2019 | 2020 | 2023 | 2021 | 2020 | 2022 |

United States | Español (México) | العربية | Русский | 简体中文 | Français (France) | 한국어 | Português (Brasil) | Tiếng Việt | 繁體中文 (台灣)

Copyright © 2024 Apple Inc. All rights reserved.

Internet Service Terms | Apple Music & Privacy | Cookie Warning | Support | Feedback

Captured by FireShot Pro: 29 July 2024, 11:33:19
https://getfireshot.com

