SEAN M. SULLIVAN (State Bar No. 229104)
  seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

SAM F. CATE-GUMPERT (State Bar No. 335715)
  samcategumpert@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California  94111-4701
Telephone:  (415) 276-6500
Fax:  (415) 276-6599

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH WATERMAN,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE, INC.,<br><br>      Defendant. | Case No. 5:24-cv-05218-EKL<br><br>**DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |

1

DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Defendant Apple Inc. ("Apple") answers the First Amended Complaint ("FAC") filed by plaintiff Elizabeth Waterman ("Plaintiff") as follows:

## THE PARTIES

1. Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1 and denies them on that basis.

2. Apple admits that it is a California corporation with its principal place of business in Cupertino, California, and that its agent for service of process is CT Corporation.

## JURISDICTION AND VENUE

3. Apple admits that this Court has subject matter jurisdiction over this matter.

4. To the extent that the allegations in Paragraph 4 are legal arguments or conclusions, they require no answer. To the extent an answer may be required, Apple does not contest that it is subject to the personal jurisdiction of this Court in this matter.

5. To the extent that the allegations in Paragraph 5 are legal arguments or conclusions, they require no answer. To the extent an answer may be required, Apple does not contest that venue in this District is proper.

## FACTS

**I.   Plaintiff's Business**

6. Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 6 and denies them on that basis.

7. Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 7 and denies them on that basis.

8. Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 8 and denies them on that basis.

9. Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 9 and denies them on that basis.

10. Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 10 and denies them on that basis.

2

DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## II. The Work at Issue in this Lawsuit

*The First Photograph*

11. Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 11 and denies them on that basis.

12. To the extent that the allegations in Paragraph 12 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple admits that the United States Copyright Office issued the stated copyright registration. Except as otherwise admitted, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 12 and denies them on that basis.

*The Second Photograph*

13. Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 13 and denies them on that basis.

14. To the extent that the allegations in Paragraph 14 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple admits that the United States Copyright Office issued the stated copyright registration. Except as otherwise admitted, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 14 and denies them on that basis.

15. Apple admits the allegations in Paragraph 15.

16. To the extent that the allegations in Paragraph 16 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 16 and denies them on that basis.

## III. Defendant's Unlawful Activities

17. Apple admits the allegations in Paragraph 17.

18. To the extent that the allegations in Paragraph 18 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple admits that it distributes digital media, including music, music videos, audio books, and podcasts.

3

DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

19. To the extent that the allegations in Paragraph 19 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 19 and denies them on that basis.

20. Apple admits that the screenshots referenced in Paragraph 20 and appearing in Exhibit C to the FAC appear to be edited and/or cropped versions of pages found on Apple's website. Except as otherwise admitted, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 20 and denies them on that basis.

21. To the extent that the allegations in Paragraph 21 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Apple admits that it received, through its designated agent, copyright takedown notices from Plaintiff regarding the Work. Except as otherwise admitted, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 21.

22. To the extent that the allegations in Paragraph 22 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 22.

23. To the extent that the allegations in Paragraph 23 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 23.

**COUNT I – VICARIOUS COPYRIGHT INFRINGEMENT**

24. Apple incorporates and realleges its responses set forth in the preceding paragraphs of this answer.

25. To the extent that the allegations in Paragraph 25 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 25 and denies them on that basis.

26. To the extent that the allegations in Paragraph 26 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple lacks

4
DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  sufficient knowledge or information to form a belief as to the truth of the allegations in
2  Paragraph 26 and denies them on that basis.

3      27.    To the extent that the allegations in Paragraph 27 are legal arguments or
4  conclusions, they require no answer.  To the extent that an answer is required, Apple lacks
5  sufficient knowledge or information to form a belief as to the truth of the allegations in
6  Paragraph 27 and denies them on that basis.

7      28.    To the extent that the allegations in Paragraph 28 are legal arguments or
8  conclusions, they require no answer.  To the extent that an answer is required, Apple lacks
9  sufficient knowledge or information to form a belief as to the truth of the allegations in
10 Paragraph 28 and denies them on that basis.

11     29.    To the extent that the allegations in Paragraph 29 are legal arguments or
12 conclusions, they require no answer.  To the extent that an answer is required, Apple denies the
13 allegations in Paragraph 29.

14     30.    To the extent that the allegations in Paragraph 30 are legal arguments or
15 conclusions, they require no answer.  To the extent that an answer is required, Apple denies the
16 allegations in Paragraph 30.

17     31.    To the extent that the allegations in Paragraph 31 are legal arguments or
18 conclusions, they require no answer.  To the extent that an answer may be required, Apple
19 admits that it received copyright takedown notices from Plaintiff regarding the Work.  Apple
20 denies the remaining allegations in Paragraph 31.

21     32.    To the extent that the allegations in Paragraph 32 are legal arguments or
22 conclusions, they require no answer.  Apple admits that the First Photograph and Second
23 Photograph have been taken down and replaced with alternate album art.  To the extent that an
24 answer is required, Apple denies the remaining allegations in Paragraph 32.

25     33.    To the extent that the allegations in Paragraph 33 are legal arguments or
26 conclusions, they require no answer.  To the extent that an answer is required, Apple admits the
27 policies described in Paragraph 33, which speak for themselves, are published on Apple's
28 website. Apple denies the remaining allegations in Paragraph 33.

5

DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

34. To the extent that the allegations in Paragraph 34 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 34.

35. To the extent that the allegations in Paragraph 35 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Apple admits that it utilizes the copyright disclaimer "Copyright © 2024 Apple Inc. All Rights Reserved" on its website. Apple denies the remaining allegations in Paragraph 35.

36. To the extent that the allegations in Paragraph 36 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Apple admits that it has a registered Copyright Agent to accept notifications of claimed infringement under the DMCA. To the extent that an answer is required, Apple denies the remaining allegations in Paragraph 36.

37. To the extent that the allegations in Paragraph 37 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 37.

38. To the extent that the allegations in Paragraph 38 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 38.

39. To the extent that the allegations in Paragraph 39 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 39.

40. To the extent that the allegations in Paragraph 40 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 40.

41. To the extent that the allegations in Paragraph 41 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 41.

    a. Plaintiff's prayer for relief does not require a response.

6

DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

b. Plaintiff's prayer for relief does not require a response.

c. Plaintiff's prayer for relief does not require a response.

d. Plaintiff's prayer for relief does not require a response.

e. Plaintiff's prayer for relief does not require a response.

f. Plaintiff's prayer for relief does not require a response.

g. Plaintiff's prayer for relief does not require a response.

**COUNT II – CONTRIBUTORY COPYRIGHT INFRINGEMENT**

42. Apple incorporates and realleges its responses set forth in the preceding paragraphs of this answer.

43. To the extent that the allegations in Paragraph 43 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 43 and denies them on that basis.

44. To the extent that the allegations in Paragraph 44 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 44 and denies them on that basis.

45. To the extent that the allegations in Paragraph 45 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 45 and denies them on that basis.

46. To the extent that the allegations in Paragraph 46 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 46 and denies them on that basis.

47. To the extent that the allegations in Paragraph 47 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 47.

7
DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

48. To the extent that the allegations in Paragraph 48 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 48.

49. To the extent that the allegations in Paragraph 49 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Apple admits that it received copyright takedown notices from Plaintiff regarding the Work. Apple denies the remaining allegations in Paragraph 49.

50. To the extent that the allegations in Paragraph 50 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 50.

51. To the extent that the allegations in Paragraph 51 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 51.

52. To the extent that the allegations in Paragraph 52 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 52.

53. To the extent that the allegations in Paragraph 53 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Apple admits that it received copyright takedown notices from Plaintiff regarding the Work. Except as otherwise admitted, Apple denies the allegations in Paragraph 53.

54. Apple admits that it is a multinational corporation. Admit admits that it maintains an in-house legal staff. Except as otherwise admitted, Apple denies the allegations in Paragraph 54.

55. To the extent that the allegations in Paragraph 55 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Apple admits that it utilizes the copyright disclaimer "Copyright © 2024 Apple Inc. All Rights Reserved" on its website. Apple denies the remaining allegations in Paragraph 55.

8
DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

56. To the extent that the allegations in Paragraph 56 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Apple admits that it has a registered Copyright Agent to accept notifications of claimed infringement under the DMCA. To the extent that an answer is required, Apple denies the allegations in Paragraph 56.

57. To the extent that the allegations in Paragraph 57 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 57.

58. To the extent that the allegations in Paragraph 58 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 58.

59. To the extent that the allegations in Paragraph 59 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 59.

60. To the extent that the allegations in Paragraph 60 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 60.

61. To the extent that the allegations in Paragraph 61 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Apple denies the allegations in Paragraph 61.

      h. Plaintiff's prayer for relief does not require a response.

      i. Plaintiff's prayer for relief does not require a response.

      j. Plaintiff's prayer for relief does not require a response.

      k. Plaintiff's prayer for relief does not require a response.

      l. Plaintiff's prayer for relief does not require a response.

      m. Plaintiff's prayer for relief does not require a response.

      n. Plaintiff's prayer for relief does not require a response.

9

DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# ADDITIONAL DEFENSES

Apple asserts the following additional defenses in response to the allegations in the FAC. Apple reserves the right to amend this answer with additional defenses as further information is obtained. By alleging these additional defenses, Apple is not in any way agreeing or conceding that it has the burden of proof or persuasion on any of these issues.

### First Additional Defense

1. The complaint and each of its causes of actions fail to state a claim upon which relief can be granted.

### Second Additional Defense

2. Plaintiff's claims are barred, in whole or in part, because Plaintiff has not demonstrated that she possesses valid, registered copyrights for the allegedly infringed works.

### Third Additional Defense

3. Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff does not own the allegedly infringed works.

### Fourth Additional Defense

4. Plaintiff's claims are barred, in whole or in part, because the allegedly infringing works are not substantially similar to the allegedly infringed works.

### Fifth Additional Defense

5. Plaintiff's claims are barred, in whole or in part, because Apple is protected by one or more of the DMCA Safe Harbors in 17 U.S.C. § 512.

### Sixth Additional Defense

6. Plaintiff's claims are barred, in whole or in part, because the allegedly infringed works are not protectable under copyright law.

### Seventh Additional Defense

7. Plaintiff's claims are barred, in whole or in part, because any alleged copying constituted fair use.

10
DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**Eighth Additional Defense**

8. Plaintiff's claims are barred, in whole or in part, because one or more third parties are liable for the alleged conduct.

**Ninth Additional Defense**

9. Plaintiff's claims are barred, in whole or in part, because the allegedly infringed works are not sufficiently original.

**Tenth Additional Defense**

10. Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of waiver, estoppel, and/or laches.

**Eleventh Additional Defense**

11. Plaintiff's claims are barred, in whole or in part, because Apple did not materially contribute to or induce the alleged copyright infringement.

**Twelfth Additional Defense**

12. Plaintiff's claims are barred, in whole or in part, because Apple did not have a direct financial interest in the alleged copyright infringement.

**Thirteenth Additional Defense**

13. Plaintiff's claims are barred, in whole or in part, because Plaintiff has not suffered any damage proximately caused by Apple.

**Fourteenth Additional Defense**

14. Plaintiff's claims are barred, in whole or in part, because the conduct complained of in the FAC was impliedly and/or expressly licensed.

**Fifteenth Additional Defense**

15. Plaintiff's claims are moot, in whole or in part, to the extent that a settlement has been reached with alleged direct infringers of the Work.

**Sixteenth Additional Defense**

16. Plaintiff's damages claims are barred, in whole or in part, by Apple's innocent intent.

11
DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**Seventeenth Additional Defense**

17. Plaintiff's damages claims are barred, in whole or in part, because Plaintiff's alleged damages are speculative or uncertain in their nature and are not susceptible of proof with reasonable certainty.

**Eighteenth Additional Defense**

18. Plaintiff has suffered no injury or damage as a result of any act or conduct by Apple.

**Nineteenth Additional Defense**

19. To the extent Plaintiff's purported copyright was not validly registered before the alleged infringement occurred, Plaintiff's request for attorneys' fees is barred.

**Twentieth Additional Defense**

20. The FAC, to the extent that it seeks injunctive relief, is barred because the injury or damage allegedly suffered by Plaintiff, if any, would be adequately compensated in an action at law for damages, and therefore Plaintiff is not entitled to seek equitable relief.

**Twenty-First Additional Defense**

21. The FAC, to the extent that it seeks statutory, exemplary, or punitive damages, violates Apple's rights under the Fifth and Fourteenth Amendments of the United States Constitution, and Article I, § 7 and Article IV, § 16 of the California Constitution.

**PRAYER FOR RELIEF**

Apple prays for relief as follows:

1. A judgment in favor of Apple denying Plaintiff all requested relief and dismissing the FAC with prejudice;

2. Apple be awarded its costs of suit, including, without limitation, reasonable attorneys' fees, pursuant to 17 U.S.C. § 505; and

///

///

///

///

12

DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

3. That the Court award Apple such other and further relief as the Court deems just and proper.

DATED: November 12, 2024

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN
SAM F. CATE-GUMPERT

By: */s/ Sean M. Sullivan*
　　　Sean M. Sullivan

Attorneys for Defendant
APPLE INC.

13
DEFENDANT APPLE INC.'S ANSWER TO FIRST AMENDED COMPLAINT
Case No. 5:24-cv-05218-EKL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899